# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2019 KW 1340

VERSUS

DONALD THOMPSON                                     **NOV 1 2 2019**

---

In Re:     Donald Thompson, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, No.
           13-CR-236.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

                                    **VGW**
                                    **JMG**
                                    **WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT